IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02897-BNB

KIMBERLY SANDERS,

    Plaintiff,

v.

SHAMOON MOHNTHESHUM,
SHEESH MOHNTHESHUM, and
AR FOODS, INC., d/b/a PIZZA HUT,

    Defendants.

---

## ORDER DRAWING CASE

---

    Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

    ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

    DATED December 17, 2010, at Denver, Colorado.

                                          BY THE COURT:

                                          s/ Boyd N. Boland
                                          United States Magistrate Judge

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 17 2010

GREGORY C. LANGHAM
              CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02897-BNB

Lynda Elizabeth Carter
Attorney at Law
Four Corners Legal Services
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on December 17, 2010.

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk