IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02897-KLM-DLW

KIMBERLY SANDERS,

    Plaintiff,

v.

SHAMOON MOHNTHESHUM,
SHEESH MOHNTHESHUM, and
AR FOODS, INC., d/b/a PIZZA HUT,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Leave to File Amended Complaint** [Docket No. 28; Filed May 2, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**.  The Motion does not contain a certificate of conferral as required by D.C.COLO.LCivR 7.1A.  Moreover, the proposed Amended Complaint is single spaced in violation of D.C.COLO.LCivR 10.1E.

    Dated:  May 2, 2011