IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kristen L. Mix

Civil Action No. 10-cv-02897-KLM-DLW

KIMBERLY SANDERS,

    Plaintiff,

v.

SHAMOON MOHNTHESHUM,
SHEESH MOHNTHESHUM, and
AR FOODS, INC., d/b/a PIZZA HUT,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **[Second] Motion for Leave to File Amended Complaint** [Docket No. 30; Filed May 4, 2011] (the "Motion"). Plaintiff's first motion seeking leave to amend her Complaint was denied without prejudice due to Plaintiff's failure to confer as required by D.C.COLO.LCivR 7.1A. [Docket Nos. 28 & 29]. Inexplicably, the present Motion suffers from the same defect. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**. Motions must contain a certificate of conferral as required by Local Rule 7.1A. Counsel shall familiarize herself with the Local Rules. Any future noncompliant motion will be summarily denied or stricken.

    Dated: May 12, 2011