IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kristen L. Mix

Civil Action No. 10-cv-02897-KLM-DW

KIMBERLY SANDERS,

    Plaintiff,

v.

SHAMOON MOHNTHESHUM,
SHEESH MOHNTHESHUM, and
AR FOODS, INC., d/b/a PIZZA HUT,

    Defendants.
_____

## MINUTE ORDER
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **[Third] Motion for Leave to File Amended Complaint** [Docket No. 32; Filed May 14, 2011] (the "Motion"). Plaintiff attempted to confer with counsel for Defendants on May 1, 2011, but has received no response. Nevertheless, justice would appear to be served by amendment. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Second Amended Complaint [Docket No. 32-1] is accepted for filing as of the date of this Order.

    IT IS FURTHER **ORDERED** that Defendants shall answer or otherwise respond to the Second Amended Complaint on or before **May 30, 2011**.

    Dated: May 16, 2011