IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

Civil Action No. 10-CV-02897-KLM-DLW

**KIMBERLY SANDERS,**

**Plaintiff,**

vs.

**SHAMOON MOHNTHESHUM,**
**SHEESH MOHNTESHUM, and**
**AR FOODS, INC., d/b/a PIZZA HUT,**

**Defendants.**

---

### MINUTE ORDER SETTING SETTLEMENT CONFERENCE

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

A Settlement Conference was held before the Magistrate Judge in Durango, Colorado on September 15, 2011. No settlement was reached.

**IT IS HEREBY ORDERED** that another Settlement Conference is scheduled for **November 8, 2011 at 2:30 p.m**. in the United States District Court, 103 Sheppard Drive, Room 235, Durango, Colorado 81303**.**

**IT IS FURTHER ORDERED** that each party shall provide to the undersigned, in confidence, a supplemental settlement statement which shall include any additional information helpful to the Court and which shall outline the settlement negotiations to date. The supplemental settlement statements shall be submitted by no later than **November 4, 2011**. The documents shall be submitted to the Magistrate Judge at P.O. Box 2906, Durango, Colorado 81302 or telefaxed to the Magistrate Judge at (970) 259-0543.

**DATED: September 20, 2011.**

                                                          **BY THE COURT:**

                                                          **s/David L. West**

United States Magistrate Judge