IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kristen L. Mix

Civil Action No. 10-cv-02897-KLM-DW

KIMBERLY SANDERS,

    Plaintiff,

v.

AR FOODS, LLC, doing business as Pizza Hut,

    Defendant.

_____

**ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion for Dismissal with Prejudice** [Docket No. 67; Filed July 12, 2012] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. This action is **DISMISSED WITH PREJUDICE**, and the parties shall bear their own fees and costs.

    Dated: July 12, 2012

BY THE COURT:

*/s/ Kristen L. Mix*

Kristen L. Mix
United States Magistrate Judge